Michael R. Mordaunt, Esq., Bar No. 66911
Lori A. Reihl, Esq., Bar No. 246395
RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
Mailing Address: P.O. Box 7608
Stockton, CA 95267
Physical Address: 2509 W. March Lane, Suite 200
Stockton, CA 95207
Telephone: (209) 473-8732

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BARBER and LARRY BARBER<br><br>Plaintiff(s),<br><br>vs.<br><br>TARGET CORPORATION, and DOES 1 to 100, Inclusive<br><br>Defendant(s). | Case No. 2:17-cv-00908-MCE-AC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Martha Barber and Defendant Target Corporation, through their respective undersigned counsel of record, hereby stipulate and agree that the above-captioned matter is dismissed with prejudice.

Dated: August 28, 2018    LAW OFFICE OF MINER & KELLY

By:  /s/ *Michael Kelly*
     Michael Kelly, Esq.
     Attorneys for Plaintiff
     MARTHA BARBER

Dated: August 30, 2018    RIGGIO MORDAUNT & KELLY

By:  /s/ *Lori A. Reihl*
     Lori A. Reihl, Esq.
     Attorneys for Defendant
     TARGET CORPORATION

## ORDER

In accordance with the foregoing stipulation, and good cause appearing, the above-entitled action is hereby dismissed, with prejudice. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: September 6, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE